IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY ZACCANELLI, MARY WALLIS, ELSA VEGA, EVELYN WAGNER, DIANE BONIZZI, MARGUARITE DEBOYACE, LORETTA ABBO, SHEILA SHEA, and ERICA SHIELD,<br><br>Plaintiffs,<br><br>- v -<br><br>MERCK & CO., INC., MERCK SHARP & DOHME CORP., and McKESSON CORP.,<br><br>Defendants. | Civil Action No. 17-cv-07106<br><br>**AFFIDAVIT OF KATHLEEN HARDWAY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Kathleen Sullivan Hardway, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Venable LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the State of Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants Merck & Co., Inc. and Merck Sharp and Dohme Corp.

Dated: December 14th, 2017

                                                       **VENABLE LLP**

                                                       Kathleen S. Hardway
                                                       900 East Pratt Street
                                                       Suite 900
                                                       Baltimore, MD 21202
                                                       Tel.: (410) 244-7400
                                                       Fax: (410) 244-7442

                                                       *Attorneys for Merck & Co., Inc.*
                                                       *and Merck Sharpe and Dohme Corp.*

Sworn to before me this 14th day of December, 2017

_____
NOTARY PUBLIC

Ex. 1-20-20

2